**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**DUANE READE INC.**, **116-11 BEACH CHANNEL OWNER LLC**, **JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF 116-11 BEACH CHANNEL OWNER LLC**<br><br><br><br>CASE NO.: 19-cv-7016-LDH-JO |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, SEMYON GRINBLAT ("Plaintiff"), by and through his undersigned counsel, voluntarily dismisses Defendant 116-11 BEACH CHANNEL OWNER LLC from this action, without prejudice. As of

the date of this notice, neither an answer to the Complaint, nor any motion has been filed by that Defendant.

Signed: June 9, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

SO ORDERED:

_____
LaShann DeArcy Hall,
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on June 9, 2020, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal of 116-11 Beach Channel Owner LLC to be filed with the Court electronically, which caused the notice to be served upon all e-filing counsel of record via the CM/ECF. In addition, I also served the following by US Mail and email:

Gary I. Kahn, Esq.
The Law Offices of Gary I. Kahn
500 Fifth Avenue, 37th Floor
New York, NY 10110
Email: gary.kahn@gkahnlaw.com
*Attorney for Defendant*
*116-11 BEACH CHANNEL OWNER LLC*

Signed: June 9, 2020

Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

3