**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **DUANE READE INC., JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, | **CASE NO.: 19-cv-7016-LDH-JO** |
| Defendants. | |

  **IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Plaintiff, SEMYON GRINBLAT, and the attorneys for Defendant, DUANE READE INC., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. The federal court for the Eastern District of New York will retain jurisdiction and be the proper venue regarding any dispute regarding the settlement agreement between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: August 27, 2020                    Signed: August 27, 2020

*Michael Grinblat*                         /s/ **Erik D. Mass**
_____                       _____
Michael Grinblat, Esq. (4159752)           Erik D. Mass, Esq.

*Attorney for Plaintiff*                   *Attorneys for Defendant*
SEMYON GRINBLAT                            DUANE READE INC.

Law Offices of Michael Grinblat           Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

10 East 39th Street, 12th Floor           599 Lexington Avenue, 17th Floor
New York, NY 10016                        New York, NY 10022
Tel:  (347) 796-0712                      Tel:  (212) 492-2517
Fax: (212) 202-5130                       Fax: (212) 492-2501
Email: michael.grinblatesq@gmail.com      Email: erik.mass@ogletree.com


**SO ORDERED:**


_____
LaShann DeArcy Hall,
U.S. District Court Judge

2